UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| THE STATE OF TENNESSEE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> EDUCATION, et al., ) <br> ) <br> Defendants. ) | Case No. 3:21-cv-00308 |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs are the States of Tennessee, Alabama, Alaska, Arizona, Arkansas, Georgia, Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, Ohio, Oklahoma, South Carolina, South Dakota, and West Virginia. Plaintiffs move under Federal Rule of Civil Procedure 65(a) and 5 U.S.C. § 705 for an order preliminarily enjoining the U.S. Department of Education ("Department"), the Secretary of Education, the U.S. Department of Justice ("DOJ"), the Attorney General of the United States, and the Assistant Attorney General for Civil Rights at the DOJ and their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with those individuals from enforcing the following guidance documents:

- The U.S. Department of Education's interpretation of Title IX published in the Federal Register on June 22, 2021. Enforcement of Title IX of the Education Amendments of 1972 With Respect to Discrimination Based on Sexual Orientation and Gender Identity in Light of Bostock v. Clayton County, 86 Fed. Reg. 32,637 (June 22, 2021) ("Interpretation").

- The "Dear Educator" letter and accompanying fact sheet issued by the U.S. Department of Education and DOJ Civil Rights Division on June 23, 2021. U.S. Dep't of Educ., Letter to Educators on Title IX's 49th Anniversary (June 23, 2021), https://bit.ly/3ksLLDj; U.S. Dep't of Justice & U.S. Dep't of Educ., Confronting

1

Anti-LGBTQI+ Harassment in Schools, https://bit.ly/3sQjZnM (together with the Dear Educator Letter, "Fact Sheet").

Plaintiffs further move under Federal Rule of Civil Procedure 65(a) and 5 U.S.C. § 705 for an order preliminarily enjoining the Equal Employment Opportunity Commission ("EEOC"), the EEOC Chair, the DOJ, the Attorney General of the United States, and the Assistant Attorney General for Civil Rights at the DOJ and their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with those individuals from enforcing the following guidance document:

- The "technical assistance document" issued by the EEOC Chair on June 15, 2021. EEOC, Protections Against Employment Discrimination Based on Sexual Orientation or Gender Identity (June 15, 2021), https://bit.ly/3zgP7iP ("EEOC Document").

As more fully explained in Plaintiffs' accompanying memorandum of law, Plaintiffs are likely to succeed on their claims alleging that the Interpretation, Fact Sheet, and EEOC Document violate the Administrative Procedure Act ("APA"), 5 U.S.C. § 706. The Interpretation and Fact Sheet violate the APA's notice-and-comment requirements; are arbitrary and capricious; conflict with Title IX; and violate the Spending Clause, the First Amendment, the Tenth Amendment, and separation-of-powers principles. The EEOC Document exceeds the EEOC's statutory authority; violates the APA's notice-and-comment requirements and the EEOC's own procedural requirements; conflicts with Title VII; violates the Tenth Amendment and separation-of-powers principles; and unlawfully abrogates the States' sovereign immunity. Preliminary relief is necessary to prevent substantial irreparable harms—interference with the States' sovereign regulatory authority, threats to athletic opportunities for women and student and employee privacy, and the infringement of First Amendment rights, to name just a few. And preliminary relief will serve the public interest by eliminating uncertainty for regulated parties.

Plaintiffs further request that this Court hear oral argument on the motion. Oral argument is warranted because this motion raises significant questions of statutory and constitutional law and implicates the interests of employers and educational institutions across the country. Plaintiffs believe oral argument will assist the Court in deciding these important questions.

Finally, Plaintiffs request that this Court exercise its discretion to waive the security requirement of Federal Rule of Civil Procedure 65(c).

Dated: September 2, 2021

Respectfully submitted,

/s/ Matthew D. Cloutier (BPR # 036710)
HERBERT H. SLATERY III
  *Attorney General and Reporter of Tennessee*
ANDRÉE S. BLUMSTEIN
  *Solicitor General*
SARAH K. CAMPBELL*
  *Associate Solicitor General*
CLARK L. HILDABRAND*
BRANDON J. SMITH*
  *Assistant Solicitors General*
MATTHEW D. CLOUTIER
  *Assistant Attorney General*
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-7908
Matt.Cloutier@ag.tn.gov
***Counsel for State of Tennessee***

/s/ A. Barrett Bowdre
STEVE MARSHALL
  *Attorney General of Alabama*
A. BARRETT BOWDRE*
  *Deputy Solicitor General*
State of Alabama
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Barrett.Bowdre@AlabamaAG.gov
***Counsel for State of Alabama***

/s/ Kate B. Sawyer
MARK BRNOVICH
  *Attorney General of Arizona*
KATE B. SAWYER*
  *Assistant Solicitor General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-8304
Kate.Sawyer@azag.gov
***Counsel for State of Arizona***

3

/s/ Cori M. Mills
TREG R. TAYLOR
*Attorney General of Alaska*
CORI M. MILLS*
  *Deputy Attorney General*
State of Alaska
P.O. Box 110300
Juneau, AK 99811
(907) 465-3600
cori.mills@alaska.gov
***Counsel for State of Alaska***

/s/ Nicholas J. Bronni
LESLIE RUTLEDGE
  *Attorney General of Arkansas*
NICHOLAS J. BRONNI*
  *Solicitor General*
VINCENT M. WAGNER
  Deputy Solicitor General
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-6307
nicholas.bronni@arkansasag.gov
***Counsel for State of Arkansas***

/s/ Drew F. Waldbeser
CHRISTOPHER M. CARR
  *Attorney General of Georgia*
DREW F. WALDBESER*
  *Deputy Solicitor General*
Office of the Georgia Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
(404) 458-3378
dwaldbeser@law.ga.gov
***Counsel for State of Georgia***

s/ W. Scott Zanzig
LAWRENCE G. WASDEN
  *Attorney General of Idaho*
W. SCOTT ZANZIG*
  *Deputy Attorney General*
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720
(208) 332-3556
scott.zanzig@ag.idaho.gov
***Counsel for State of Idaho***

/s/ Thomas M. Fisher
THEODORE E. ROKITA
  *Attorney General of Indiana*
THOMAS M. FISHER**
  *Solicitor General*
Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington St.
Indianapolis, IN 46204
(317) 232-6255
Tom.Fisher@atg.in.gov
***Counsel for State of Indiana***

/s/ Kurtis K. Wiard
DEREK SCHMIDT
  *Attorney General of Kansas*
KURTIS K. WIARD*
  *Assistant Solicitor General*
Office of the Kansas Attorney General
120 S.W. 10th Ave.
Topeka, KS 66612
(785) 296-2215
kurtis.wiard@ag.ks.gov
***Counsel for State of Kansas***

4

/s/ Marc Manley
DANIEL CAMERON
  *Attorney General of Kentucky*
MARC MANLEY*
  *Assistant Attorney General*
COURTNEY E. ALBINI
  Assistant Solicitor General
Office of the Kentucky Attorney General
700 Capital Ave., Suite 118
Frankfort, KY 40601
(502) 696-5300
Marc.Manley@ky.gov
***Counsel for Commonwealth of Kentucky***

/s/ Elizabeth B. Murrill
JEFF LANDRY
  *Attorney General of Louisiana*
ELIZABETH B. MURRILL*
  *Solicitor General*
J. SCOTT ST. JOHN*
  *Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov
***Counsel for State of Louisiana***

/s/ Justin L. Matheny
LYNN FITCH
  *Attorney General of Mississippi*
JUSTIN L. MATHENY*
  *Deputy Solicitor General*
State of Mississippi
Office of the Attorney General
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov
***Counsel for State of Mississippi***

/s/ D. John Sauer
ERIC S. SCHMITT
  *Attorney General of Missouri*
D. JOHN SAUER*
  *Solicitor General*
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
John.Sauer@ago.mo.gov
***Counsel for the State of Missouri***

/s/ Christian B. Corrigan
AUSTIN KNUDSEN
  *Attorney General of Montana*
DAVIS M.S. DEWHIRST
  *Solicitor General*
CHRISTIAN B. CORRIGAN*
  *Assistant Solicitor General*
Office of the Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620
(406) 444-2707
Christian.Corrigan@mt.gov
***Counsel for State of Montana***

/s James A. Campbell
DOUGLAS J. PETERSON
  *Attorney General of Nebraska*
JAMES A. CAMPBELL*
  *Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
jim.campbell@nebraska.gov
***Counsel for State of Nebraska***

/s/ Benjamin M. Flowers
DAVE YOST
  *Attorney General of Ohio*
BENJAMIN M. FLOWERS*
  *Solicitor General*
Office of the Ohio Attorney General
30 E. Broad St., 17th Floor
Columbus, OH 43215
(614) 446-8980
bflowers@OhioAGO.gov
***Counsel for State of Ohio***

/s/ Zach West
JOHN M. O'CONNOR
  *Attorney General of Oklahoma*
ZACH WEST*
  *Assistant Solicitor General*
Office of the Attorney General
State of Oklahoma
313 N.E. 21st St.
Oklahoma City, OK 73105
(405) 522-4798
Zach.West@oag.ok.gov
***Counsel for State of Oklahoma***

/s/ J. Emory Smith, Jr.
ALAN WILSON
  *Attorney General of South Carolina*
J. EMORY SMITH, JR.*
  *Deputy Solicitor General*
Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680
esmith@scag.gov
***Counsel for State of South Carolina***

/s/ Jason R. Ravnsborg
JASON R. RAVNSBORG*
  *Attorney General of South Dakota*
Office of the South Dakota Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215
Jason.Ravnsborg@state.sd.us
***Counsel for State of South Dakota***

/s/ Lindsay S. See
PATRICK MORRISEY
  *Attorney General of West Virginia*
LINDSAY S. SEE*
  *Solicitor General*
Office of the West Virginia Attorney General
State Capitol Bldg. 1, Room E-26
Charleston, WV 25305
(681) 313-4550
lindsay.s.see@wvago.gov
***Counsel for State of West Virginia***


**\* Pro Hac Vice Application Forthcoming**

**\*\* Admitted Pro Hac Vice**

# CERTIFICATE OF SERVICE

I hereby certify that, on September 2, 2021, a true and exact copy of the foregoing document was forwarded, by certified mail, to the parties identified below:

| | |
|---|---|
| U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 |
| The Honorable Miguel Cardona<br>Secretary of the U.S. Department of Education<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 | The Honorable Merrick B. Garland<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 |
| Equal Employment Opportunity Commission<br>131 M Street, NE<br>Washington, D.C. 20507 | The Honorable Kristen Clarke<br>Assistant Attorney General<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |
| Commissioner and Chair Charlotte Burrows<br>Equal Employment Opportunity Commission<br>131 M Street, NE<br>Washington, D.C. 20507 | |

/s/ Matthew D. Cloutier
MATTHEW D. CLOUTIER
*Assistant Attorney General*