Jessica M. Alloway
Solicitor General
Alaska Bar No. 1205045
State of Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5100
Fax: (907) 276-3697
Email: Jessie.Alloway@alaska.gov

Counsel for the State of Alaska



FILED

SEP 13 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE STATE OF TENNESSEE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of Education; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS, in her official capacity as Chair of the Equal Employment Opportunity Commission; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; PAMELA S. KARLAN, in her official capacity as Principal Deputy Assistant Attorney General,<br><br>    Defendants. | Case No. 3:21-CV-308 |

### MOTION FOR ADMISSION PRO HAC VICE

The undersigned Applicant, counsel for State of Alaska, respectfully moves for admission

to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1).

1. Applicant has attached a certificate of good standing that has been issued no more than thirty (30) days before the date of this motion from the highest court of State of Alaska, the state in which Applicant is a resident. In addition to the State of Alaska, Applicant is also a member in good standing of the states of Montana (active) and Washington (inactive).

2. Applicant is a member in good standing of the U.S. District Court, District of Alaska and has attached a certificate of good standing that has been issued no more than thirty (30) days before the date of this motion from the U.S. District Court, District of Alaska.

3. The required pro hac vice motion fee of $90.00 is included in this filing.

4. I, Jessica M. Alloway, declare under penalty of perjury that the forgoing is true and correct.

Applicant respectfully requests that this court enter an order permitting the admission of Jessica M. Alloway to the United States District Court for the Eastern District of Tennessee for this case only.

Dated: September 10, 2021

Sincerely,

TREG R. TAYLOR
ATTORNEY GENERAL

Jessica M. Alloway
Solicitor General
Alaska Bar No. 1205045
State of Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-5100
Fax: (907) 276-3697
Email: Jessie.Alloway@alaska.gov

*State of Tennessee v. U.S. Dep't of Education*  Case No. 3:12-CV-308
Motion for Admission for Pro Hac Vice  Page 2 of 2

Case 3:21-cv-00308-CEA-DCP   Document 35   Filed 09/13/21   Page 2 of 4   PageID #: 255



**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Jessica Moats Alloway** was admitted to the Alaska Bar Association and to the practice of law in Alaska in May of 2012, and is presently an Active member in good standing of the Alaska Bar Association.

Dated September 7, 2021.

ALASKA BAR ASSOCIATION

*Charissa Feldman* for
Danielle Bailey
Executive Director

# UNITED STATES DISTRICT COURT
## for the
### District of Alaska

## CERTIFICATE OF GOOD STANDING

I, _____ Brian D. Karth _____, Clerk of this Court,

certify that _____ Jessica Moats Alloway _____, Bar # _____ 1205045 _____,

was duly admitted to practice in this Court on _____ 06/29/2012 _____, and is in good standing as a member of the Bar of this Court.

Dated at _____ Anchorage, Alaska _____ on _____ 09/08/2021 _____
*(Location)* *(Date)*

Brian D. Karth
*CLERK*

Holly Rhoden
*DEPUTY CLERK*