UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THE STATE OF TENNESSEE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:21-cv-308 |
| | ) District Judge Atchley |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) Magistrate Judge Poplin |
| *Defendants*. | ) |

## ORDER

Before the Court is a Joint Motion for Approval of Stipulated Briefing Schedule and to Enlarge Page Limits. [Doc. 41]. The parties jointly propose a stipulated briefing schedule for Plaintiffs' previously filed Motion for Preliminary Injunction [Doc. 10] and Defendants' forthcoming motion to dismiss. [Doc. 41]. Additionally, the parties jointly move to enlarge the page limitation for the two response briefs to 40 pages. [*Id*.]. For good cause shown, the Joint Motion for Approval of Stipulated Briefing Schedule and to Enlarge Page Limits [Doc. 41] is **GRANTED**. The parties **SHALL** comply with the following briefing schedule:

1. Defendants **SHALL** file their response to Plaintiff's Motion for Preliminary Injunction [Doc. 10] **on or before September 23, 2021**. Defendants' response **SHALL NOT EXCEED 40 pages**.

2. Plaintiffs **SHALL FILE** a reply in further support of their Motion for Preliminary Injunction [Doc. 10] **on or before October 8, 2021**. Plaintiffs' reply **SHALL NOT EXCEED 25 pages**.

3. Defendants **SHALL FILE** their motion to dismiss **on or before September 23, 2021**. Defendants' motion to dismiss **SHALL NOT EXCEED 25 pages**.

4. Plaintiffs **SHALL FILE** their response to Defendants' forthcoming motion to dismiss **on or before October 8, 2021**. Plaintiffs' response **SHALL NOT EXCEED 40 pages**.

5. Defendants **SHALL FILE** a reply in further support of their motion to dismiss **on or before October 22, 2021**. Defendants' reply **SHALL NOT EXCEED 25 pages**.

Oral argument on Plaintiffs' Motion for Preliminary Injunction [Doc. 10] and Defendants' forthcoming motion to dismiss will be held on **November 3, 2021 at 10:00 a.m. ET** before the undersigned United States District Judge in Courtroom 3B at the U.S. Courthouse, 800 Market Street, Knoxville, Tennessee.

**SO ORDERED.**

/s/ *Charles E. Atchley Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**