IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **THE STATE OF TENNESSEE; THE STATE OF ALABAMA; THE STATE OF ALASKA; THE STATE OF ARIZONA; THE STATE OF ARKANSAS; THE STATE OF GEORGIA; THE STATE OF IDAHO; THE STATE OF INDIANA; THE STATE OF KANSAS; THE COMMONWEALTH OF KENTUCKY; THE STATE OF LOUISIANA; THE STATE OF MISSISSIPPI; THE STATE OF MISSOURI; THE STATE OF MONTANA; THE STATE OF NEBRASKA; THE STATE OF OHIO; THE STATE OF OKLAHOMA; THE STATE OF SOUTH CAROLINA; THE STATE OF SOUTH DAKOTA; THE STATE OF WEST VIRGINIA,** | |
| Plaintiffs, | Case No. 3:21-CV-00308-CEA-DCP |
| —and— | **INTERVENOR-PLAINTIFFS' MOTION TO INTERVENE** |
| **ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; A.S.,** a minor, by Brandi Scarborough, her mother; **C.F.,** a minor, by Sara Ford, her mother; **A.F.,** a minor, by Sara Ford, her mother, | |
| Intervenor-Plaintiffs, | |
| v. | |
| **UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA**, in his official capacity as Secretary of Education; **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS**, in her official capacity as Chair of the Equal Employment Opportunity Commission; | |

**UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND,** in his official capacity as Attorney General of the United States; **KRISTEN CLARKE**, in her official capacity as Assistant Attorney General for Civil Rights at the United States Department of Justice,

Defendants.

Proposed Intervenor-Plaintiffs Association of Christian Schools International, A.S., C.F., and A.F. (collectively, Intervenors), move to intervene in this case. Among other claims, Intervenors challenge the following final agency actions:

- The U.S. Department of Education's interpretation of Title IX published in the Federal Register on June 22, 2021. Enforcement of Title IX of the Education Amendments of 1972 With Respect to Discrimination Based on Sexual Orientation and Gender Identity in Light of Bostock v. Clayton County, 86 Fed. Reg. 32,637 (June 22, 2021) ("Interpretation").

- The "Dear Educator" letter and accompanying fact sheet issued by the U.S. Department of Education and Department of Justice's Civil Rights Division on June 23, 2021. U.S. Dep't of Educ., Letter to Educators on Title IX's 49th Anniversary (June 23, 2021), https://bit.ly/3ksLLDj; U.S. Dep't of Justice & U.S. Dep't of Educ., Confronting Anti-LGBTQI+ Harassment in Schools, https://bit.ly/3sQjZnM (together with the Dear Educator Letter, "Fact Sheet").

Intervenors challenge the Interpretation and the Fact Sheet on the basis that they violate the Constitution, Title IX (20 U.S. Code § 1681), the Administrative Procedure Act, and other statutes. The reasons for granting this motion are set forth in Intervenors' accompanying memorandum of law, which is incorporated by reference, along with its attached exhibits. *See* Fed. R. Civ. P. 24. Intervenors' counsel conferred with Plaintiffs' counsel and Defendants' counsel. Plaintiffs do not oppose this intervention. Defendants oppose Intervenors' intervention under Federal Rule of Civil Procedure 24(a) and reserve their position as to Intervenors'

intervention under Federal Rule of Civil Procedure 24(b). Intervenors request oral argument on this motion.

Respectfully submitted this <u>4th</u> day of October, 2021.

RYAN L. BANGERT*
TX Bar No. 24045446
JONATHAN A. SCRUGGS
BPR No. 025679
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
rbangert@ADFlegal.org
jscruggs@ADFlegal.org

CHRISTIANA HOLCOMB*
DC Bar No. 196922
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
cholcomb@ADFlegal.org

*Pro hac vice* applications forthcoming

*s/ W. Andrew Fox*
W. ANDREW FOX
BPR No. 017356
GILBERT & FOX
625 S. Gay Street, Suite 540
Knoxville, TN 37902
Telephone: (865) 525-8800
Facsimile: (865) 525-8200
andy@andrewfoxlaw.com

*Attorneys for Intervenor-Plaintiffs*

## Certificate of Service

I hereby certify that on the 4th day of October, 2021, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

*s/ W. Andrew Fox*
W. Andrew Fox

*Attorney for Intervenor-Plaintiffs*
