UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| THE STATE OF TENNESSEE; THE STATE OF ALABAMA; THE STATE OF ALASKA; THE STATE OF ARIZONA; THE STATE OF ARKANSAS; THE STATE OF GEORGIA; THE STATE OF IDAHO; THE STATE OF INDIANA; THE STATE OF KANSAS; THE COMMONWEALTH OF KENTUCKY; THE STATE OF LOUISIANA; THE STATE OF MISSISSIPPI; THE STATE OF MISSOURI; THE STATE OF MONTANA; THE STATE OF NEBRASKA; THE STATE OF OHIO; THE STATE OF OKLAHOMA; THE STATE OF SOUTH CAROLINA; THE STATE OF SOUTH DAKOTA; THE STATE OF WEST VIRGINIA, <br><br> Plaintiffs, <br><br> —and— <br><br> ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; **A.S.,** a minor, by Brandi Scarborough, her mother; **C.F.,** a minor, by Sara Ford, her mother; **A.F.,** a minor, by Sara Ford, her mother, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA**, in his official capacity as Secretary of Education; **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS**, in her official capacity as Chair of the Equal Employment Opportunity Commission; | Case No. 3:21-CV-00308-CEA-DCP <br><br> **INTERVENOR-PLAINTIFFS' MOTION TO JOIN PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

| |
|---|
| **UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND,** in his official capacity as Attorney General of the United States; **KRISTEN CLARKE**, in her official capacity as Assistant Attorney General for Civil Rights at the United States Department of Justice, |
| Defendants. |

Proposed Intervenor-Plaintiffs the Association of Christian Schools International, A.S., C.F., and A.F. (collectively, Intervenors), move pursuant to Federal Rules of Civil Procedure 10(c) and 65 to join in and adopt Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 10) and the accompanying briefing (ECF No. 11). Although Intervenors' interests are unique from the Plaintiffs' (*see* Intervenor-Plaintiffs Proposed Verified Complaint and Intervenor-Plaintiffs' Memorandum in Support of Motion to Intervene, filed concurrently), they join and adopt Plaintiffs' motion to avoid disrupting the parties' agreed-to briefing schedule. However, Intervenors request time for oral argument at the November 3, 2021 hearing.

Respectfully submitted this 4th  day of October, 2021.

| | |
|---|---|
| RYAN L. BANGERT*<br>TX Bar No. 24045446<br>JONATHAN A. SCRUGGS<br>BPR No. 025679<br>ALLIANCE DEFENDING FREEDOM<br>15100 N 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>Facsimile: (480) 444-0028<br>rbangert@ADFlegal.org<br>jscruggs@ADFlegal.org<br><br>CHRISTIANA HOLCOMB*<br>DC Bar No. 196922<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street, NW, Ste. 600<br>Washington, D.C. 20001<br>Telephone: (202) 393–8690<br>Facsimile: (202) 347–3622<br>cholcomb@ADFlegal.org | *s/ W. Andrew Fox*<br>W. ANDREW FOX<br>BPR No. 017356<br>GILBERT & FOX<br>625 S. Gay Street, Suite 540<br>Knoxville, TN 37902<br>Telephone: (865) 525-8800<br>Facsimile: (865) 525-8200<br>andy@andrewfoxlaw.com |

*\*Pro hac vice* applications forthcoming

*Attorneys for Intervenor-Plaintiffs*

## Certificate of Service

I hereby certify that on the 4th day of October, 2021, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

*s/ W. Andrew Fox*
W. Andrew Fox

*Attorney for Intervenor-Plaintiffs*

4