

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION

| | |
|---|---|
| **STATE OF TENNESSEE,** *et al.,* ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | Case No. 3:21-cv-00308 |
| v. ) | |
| ) | |
| **U.S. DEPARTMENT OF** ) | **MOTION FOR LEAVE TO FILE** |
| **EDUCATION,** *et. al.,* ) | ***AMICUS* BRIEF** |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS

*Amicus Curiae* the U.S. Chapter of the Women's Human Rights Campaign (WHRC USA) hereby moves for leave to file an *amicus* brief in support of Plaintiffs' Complaint for Declaratory and Injunctive Relief.

Founded in 2020, WHRC USA is the U.S. chapter of the global Women's Human Rights Campaign (WHRC). WHRC is a group of volunteer women from across the globe dedicated to protecting women's sex-based rights. WHRC includes academics, writers, organizers, activists, legal professionals, artists, and health practitioners, among others, and aims to represent the breadth of the human female experience. The founders of the WHRC created the Declaration on Women's Sex-Based Rights (Declaration)[1] to lobby nations to maintain language protecting women and girls on the basis of sex rather than "gender" or "gender identity." The Declaration has been signed by over 20 thousand people across the world, including over 3000 residents of

---

[1] Declaration on Women's Sex-Based Rights, www.womensdeclaration.com (last visited October 25, 2021).

the U.S., many of whom reside within the Sixth Circuit. WHRC USA filed an *amicus* brief before the Ninth Circuit the matter of *Hecox v. Little*, which is currently pending before the U.S. District Court for the District of Idaho to determine factual questions related to mootness (9CA No. 20-35815, D.C. No. 1:20-cv-00184-DCN Document 43 Filed 11/19/2020).

WHRC USA supports the claims and arguments set forth in the Complaint for Declaratory and Injunctive Relief and seeks to argue further that this matter presents novel constitutional questions in that the executive actions that are the subject of the Complaint constitute unconstitutional sex discrimination under Equal Protection Clause of the 14th Amendment. These arguments can most effectively be presented for the Court's consideration via an *amicus* brief.

Dated: October 26, 2021

Respectfully Submitted,

*Mark J. Schirmer*
Mark J. Schirmer (TN BPR #19717)
2532 Brotherwood Cove
Collierville, TN 38017
901-230-4697
Markschirmer1@gmail.com

# CERTIFICATE of SERVICE

On October 26, 2021, a copy of this motion and the attached Amicus Curiae Brief on Behalf of the Women's Human Rights Campaign USA is being served via email on:

Brandon James Smith
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
913-653-7904
Email: brandon.smith@ag.tn.gov

Clark Lassiter Hildabrand
Tennessee Attorney General's Office
500 Dr. Martin L. King, Jr. Blvd.
Nashville, TN 37243
615-253-5642
Email: clark.hildabrand@ag.tn.gov

Sarah Keeton Campbell
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
615-532-6026
Email: sarah.campbell@ag.tn.gov

Matt Daniel Cloutier
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202
615-741-7908
Email: matt.cloutier@ag.tn.gov

Counsel for Plaintiff – State of Tennessee

Alexander Barrett Bowdre
State of Alabama
Office of the Attorney General
501 Washington Ave.
PO Box 300152
Montgomery, AL 36130-0152
334-353-8892
Email: barrett.bowdre@alabamaag.gov

Counsel for Plaintiff – State of Alabama

Jessica M Alloway
The State of Alaska
1031 West Fourth Avenue
Suite 200
Anchorage, AK 99501
907-269-5275
Email: jessie.alloway@alaska.gov

Counsel for Plaintiff – State of Alaska


Kate B. Sawyer
Office of the Arizona Attorney General
2005 N Central Ave
Phoenix, AZ 85004
602-542-3333
Email: kate.sawyer@azag.gov

Counsel for Plaintiff – State of Arizona

Nicholas J. Bronni
Office of the Arkansas Attorney General
323 Center St
Suite 200
Little Rock, AR 72201
501-682-6302
Email: nicholas.bronni@arkansasag.gov

Vincent M. Wagner
Office of the Arkansas Attorney General
323 Center St
Suite 200
Little Rock, AR 72201
501-680-8090
Email: vincent.wagner@arkansasag.gov

Counsel for Plaintiff – State of Arkansas

Drew F. Waldbeser
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
678-621-4472
Email: dwaldbeser@law.ga.gov

Counsel for Plaintiff – State of Georgia

Kurtis K. Wiard
Office of the Kansas Attorney General
120 S.W. 10th Ave
Topeka, KS 66612
785-368-8457
Email: kurtis.wiard@ag.ks.gov

Counsel for Plaintiff – State of Kansas

Marc Manley
Office of the Kentucky Attorney General
700 Capital Avenue
Suite 118
Frankfort, KY 40601
502-696-5478
Email: marc.manley@ky.gov

Counsel for Plaintiff – State of Kentucky

Justin L. Matheny
Office of the Attorney General (MS)
P.O. Box 220
Jackson, MS 39205
601-359-3825
Email: justin.matheny@ago.ms.gov

Counsel for Plaintiff – State of Mississippi

Benjamin Michael Flowers
Ohio Attorney General's Office
30 E. Broad St.
Columbus, OH 43215
614-728-7511
Email: benjamin.flowers@ohioattorneygeneral.gov

Counsel for Plaintiff – State of Ohio

Zach Paul West
Office of the Attorney General (OK)
313 N.E. 21st Street
Oklahoma City, OK 73105
405-521-3921
Fax: 405-521-4518
Email: zach.west@oag.ok.gov

Counsel for Plaintiff – State of Oklahoma

Jason R. Ravnsborg
Office of the Attorney General (SD)
1302 East Highway 14
Suite 1
Pierre, SD 57501
605-773-3215
Fax: 605-773-4106
Email: jason.ravnsborg@state.sd.us

Counsel for Plaintiff – State of South Dakota

Lindsay S. See
Office of the Attorney General (WV)
State Capital Building 1
Room E-26
Charleston, WV 25305
304-558-2021
Fax: 304-558-0140
Email: lindsay.s.see@wvago.gov

Counsel for Plaintiff – State of West Virginia

Jonathan Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
Email: jscruggs@alliancedefendingfreedom.org

Ryan L. Bangert
Alliance Defending Freedom (Arizona)
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
Email: rbangert@adflegal.org

W. Andrew Fox
Gilbert & Fox Law Firm
625 S. Gay Street
Suite 540
Knoxville, TN 37902
865-525-8800
Email: andy@andrewfoxlaw.com

Counsel for Intervenor Plaintiffs – Association of Christian Schools International, A.F., A.S., and C.F.


Christopher Healy
DOJ-Civ
Civil Division, Department of Justice
1100 L St. NW
Washington, DC 20530
202-514-8095
Email: christopher.healy@usdoj.gov

Joshua E. Gardner
DOJ-Civ
Poc Agostinho, Jean
1100 L St., N.W.
Ste 12200
Washington, DC 20530
202-305-7583
Email: joshua.e.gardner@usdoj.gov

Martin M. Tomlinson
DOJ-Civ
1100 L St., N.W.
Room 12504
Washington, DC 20530
202-353-4556
Email: martin.m.tomlinson@usdoj.gov

Michael Drezner
DOJ-Civ
Federal Programs Branch
1100 L. St. NW
Room 12210
Washington, DC 20005
202-514-4505
Email: michael.l.drezner@usdoj.gov

Counsel for Defendants – The United States Department of Education, Miguel Cardona (in his official capacity as Secretary of Education), The United States Equal Opportunity Commission, Charlotte Burrows (in her official capacity as Chair of the Equal Employment Opportunity Commission), The United States Department of Justice, Merrick Garland (in his official capacity as Attorney General of the United States), and Kristen Clarke (in her official capacity as Assistant Attorney General for Civil Rights at the United States Department of Justice).

The following counsel are being served today via first class mail:

Andree S. Blumstein
Sherrard & Roe, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
615-742-4200

Counsel for Plaintiff – The State of Tennessee

W. Scott Zanzig
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720
(208) 332-3556

Counsel for Plaintiff – The State of Idaho

Thomas M. Fisher
Office of the Indiana Attorney General
1GC-South, Fifth Floor
302 West Washington St
Indianapolis, IN 46204
(317) 232-6255

Counsel for Plaintiff – The State of Indiana

Elizabeth B. Murrill
Department of Justice (LA)
1885 North Third Street
Baton Rouge, LA 70804
225-326-6766

J. Scott St. John
Department of Justice (LA)
1885 North Third Street
Baton Rouge, LA 70804

225-326-6766

Counsel for Plaintiff – The State of Louisiana

D. John Sauer
Office of the Attorney General (MO)
P.O. Box 899
Jefferson City, MO 65102
573-751-8870

Counsel for Plaintiff – The State of Missouri

Christian B. Corrigan
Office of the Attorney General (MT)
215 North Sanders
Helena, MT 59620
406-444-2707

Davis M. S. DeWhirst
Office of the Attorney General (MT)
215 North Sanders
Helena, MT 59620
406-444-2707

Counsel for Plaintiffs – The State of Montana

James A. Campbell
Office of the Attorney General (NE)
2115 State Capital
Lincoln, NE 68509
402-471-2682

Counsel for Plaintiff – The State of Nebraska

J. Emory Smith, Jr.
Office of the Attorney General (SC)
P.O. Box 11549
Columbia, SC 29211
803-734-3680

Counsel for Plaintiff – The State of South Carolina


Christiana M. Holcomb
Alliance Defending Freedom
440 First Street NW

Ste 600
Washington, DC 20001

Henry W. Frampton
Alliance Defending Freedom (Arizona)
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020

Counsel for Intervenor-Plaintiffs – The Association of Christian Schools International

Stated under penalty of Perjury October 26, 2021

_____
Mark J. Schirmer