UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:21-cv-308            Date: November 3, 2021

State of Tennessee et al    vs.    US Department of Education et al

**PROCEEDINGS:** Hearing on Motions to Intervene, for Preliminary Injunction and Dismiss

HONORABLE CHARLES E. ATCHLEY, JR., UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Allison Laster | Kara Nagorny |
| **Deputy Clerk** | **Court Reporter** |
| **Attorney for Plaintiffs** | **Attorney for Defendant** |
| Clark Hildabrand | Christopher Healy |
| Sarah Campbell | Martin Tomlinson |
| Matt Cloutier | |
| Travis Royer | **Attorney for Intervening Party** |
| | Henry Frampton |
| | Ryan Bangert |
| | Jonathan Scruggs |

Oral Argument held on pending motions (Docs. 10, 49, 51 and 52) and taken under advisement. An Order will issue.

10:00 A.M. to 12:02 P.M.
12:25 P.M. to 1:20 P.M.