Cori M. Mills
Deputy Attorney General
Alaska Bar No. 1212140
State of Alaska Department of Law
123 4th Street, Suite 600
Juneau, AK 99801-0300
Phone: (907) 465-3600
Fax: (907) 465-2520
Email: cori.mills@alaska.gov

Counsel for the State of Alaska

**FILED**

DEC 2 2 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE STATE OF TENNESSEE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of Education; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS, in her official capacity as Chair of the Equal Employment Opportunity Commission; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; PAMELA S. KARLAN, in her official capacity as Principal Deputy Assistant Attorney General,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:21-CV-308<br>)<br>) Receipt # K3043919<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned Applicant, counsel for State of Alaska, respectfully moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1).

1. Applicant has attached a certificate of good standing that has been issued no more than thirty (30) days before the date of this motion from the highest court of State of Alaska, the state in which Applicant is a resident. In addition to the State of Alaska, Applicant is also a member in good standing of the state of California (inactive).

2. Applicant is a member in good standing of the U.S. District Court, District of Alaska and has attached a certificate of good standing that has been issued no more than thirty (30) days before the date of this motion from the U.S. District Court, District of Alaska.

3. The required pro hac vice motion fee of $90.00 is included in this filing.

4. I, Cori M. Mills, declare under penalty of perjury that the forgoing is true and correct.

Applicant respectfully requests that this court enter an order permitting the admission of Cori M. Mills to the United States District Court for the Eastern District of Tennessee for this case only.

Dated: December 14, 2021

                                        Sincerely,

                                        TREG R. TAYLOR
                                        ATTORNEY GENERAL

                                        */s/ Cori M. Mills*
                                        Cori M. Mills
                                        Deputy Attorney General
                                        Alaska Bar No. 1212140
                                        State of Alaska Department of Law
                                        123 4th Street, Suite 600
                                        Juneau, AK 99801-0300
                                        Phone: (907) 465-3600
                                        Fax: (907) 465-2520
                                        Email: cori.mills@alaska.gov



**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Cori Marie Mills** was admitted to the Alaska Bar Association and to the practice of law in Alaska in December of 2012, and is presently an Active member in good standing of the Alaska Bar Association.

Dated December 9, 2021.

ALASKA BAR ASSOCIATION

Danielle Bailey
Executive Director

P.O. Box 100279 • Anchorage, Alaska 99510-0279

# UNITED STATES DISTRICT COURT
for the
District of Alaska

## CERTIFICATE OF GOOD STANDING

I, **Brian D. Karth**, Clerk of this Court, certify that **CORI MILLS**, Bar # **1212140**, was duly admitted to practice in this Court on **September 27, 2021**, and is in good standing as a member of the Bar of this Court.

Dated at **Anchorage, Alaska** (Location) on **November 23, 2021** (Date)

Brian D. Karth
*CLERK*

Holly Rhoden
*DEPUTY CLERK*