# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION

| | |
|---|---|
| **STATE OF TENNESSEE,** *et al.,* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 3:21-cv-00308 |
| v. ) | |
| ) | |
| **U.S. DEPARTMENT OF** ) | **NOTICE OF** *AMICUS* |
| **EDUCATION**, *et. al.,* ) | **NAME CHANGE** |
| ) | |
| *Defendants*. ) | |
| _____ ) | |

## NOTICE OF NAME CHANGE FOR
### *AMICUS CURIAE*

Please take notice that as of January 1, 2021, the *Amicus Curiae* previously known as the U.S. Chapter of the Women's Human Rights Campaign has changed its name to the Women's Declaration International USA.

Dated: January 12, 2021

                                                                                           Respectfully Submitted,

                                                                                           __/S/ Mark J. Schirmer_____
                                                                                          Mark J. Schirmer (TN BPR #19717)
                                                                                          2532 Brotherwood Cove
                                                                                          Collierville, TN 38017
                                                                                         901-230-4697
                                                                                         Markschirmer1@gmail.com
                                                                                         *Counsel for The Women's*
                                                                                         *Declaration International USA*