UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| THE STATE OF TENNESSEE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 3:21-cv-00308 |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) District Judge Charles E. Atchley, Jr. ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Matthew D. Cloutier hereby notifies this Court that Sarah K. Campbell is withdrawing as counsel for Plaintiff the State of Tennessee because she is no longer employed with the Office of the Tennessee Attorney General. Clark L. Hildabrand, Brandon J. Smith, and Matthew D. Cloutier will remain counsel of record for the State of Tennessee.

Respectfully submitted,

/s/ Matthew D. Cloutier (BPR # 036710)
HERBERT H. SLATERY III
  *Attorney General and Reporter of Tennessee*
ANDRÉE S. BLUMSTEIN
  *Solicitor General*
CLARK L. HILDABRAND
BRANDON J. SMITH
  *Assistant Solicitors General*
MATTHEW D. CLOUTIER
  *Assistant Attorney General*
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-7908
Matt.Cloutier@ag.tn.gov
***Counsel for State of Tennessee***

2

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2022, a true and exact copy of the foregoing Notice of Withdrawal of Counsel was served on the following counsel of record through the Electronic Filing System:

Joshua E. Gardner
Special Counsel
Christopher Healy
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20005

W. Andrew Fox
Gilbert & Fox Law Firm
625 S. Gay Street
Suite 540
Knoxville, TN 37902

Jonathan Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

/s/ Matthew D. Cloutier
MATTHEW D. CLOUTIER
*Assistant Attorney General*