UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| THE STATE OF TENNESSEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-00308 <br><br> District Judge Charles E. Atchley, Jr. |

## NOTICE OF APPEAL

Notice is hereby given that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the Sixth Circuit from the following preliminary injunction order entered in this action: Memorandum Opinion and Order, dated July 15, 2022 (ECF No. 86).

Dated: September 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

CARLOTTA WELLS
Assistant Director, Federal Programs Branch

/s/ *Christopher R. Healy*
CHRISTOPHER R. HEALY
MARTIN M. TOMLINSON
MICHAEL DREZNER
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW

Washington, DC 20005
Phone: (202) 514-8095
Email: Christopher.Healy@usdoj.gov

*Counsel for Defendants*