**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 06, 2022

Mr. Jonathan Andrew Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

Re:  Case No. 22-5807, *State of Tennessee, et al v. Department of Education, et al*
Originating Case No. : 3:21-cv-00308

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc:  Ms. Courtney E. Albini
Ms. Jessica M. Alloway
Mr. Alexander Barrett Bowdre
Mr. Nicholas J. Bronni
Mr. James A. Campbell
Mr. Christian Brian Corrigan
Mr. Thomas Molnar Fisher
Mr. Benjamin Michael Flowers
Mr. Christopher Healy
Mr. Clark Lassiter Hildabrand
Mr. Marc Edwin Manley
Mr. Justin Lee Matheny
Ms. Cori Marie Mills
Ms. Elizabeth B. Murrill

Mr. Dean John Sauer
Ms. Kate Blakeley Sawyer
Mr. Charles W Scarborough
Ms. Lindsay Sara See
Mr. Brandon James Smith
Mr. James Emory Smith Jr.
Mr. Joseph Scott St. John
Mr. Jack Starcher
Mr. Paul Swedlund
Mr. Drew Waldbeser
Mr. Zachary Paul West
Mr. Kurtis Kenneth Wiard
Ms. LeAnna Wilson
Mr. W. Scott Zanzig

Enclosure

No. 22-5807

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 6, 2022
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| STATE OF TENNESSEE, et al., ) | |
| ) | |
|     Plaintiffs-Appellees, ) | |
| ) | |
| and ) | O R D E R |
| ) | |
| ASSOCIATION OF CHRISTIAN SCOOLS ) | |
| INTERNATIONAL, et al. ) | |
| ) | |
|     Intervenors-Appellees, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF EDUCATION, et al., ) | |
| ) | |
|     Defendants-Appellants. ) | |

Defendant appeals the preliminary enjoinment of guidance documents from the Department of Education, Department of Justice, and Equal Employment Opportunity Commission interpreting a Supreme Court decision as it relates to certain provisions under Title VII and Title IX. Intervenor-plaintiffs Association of Christian Schools International (ACSI), A.S., C.F., and A.F., move for leave to intervene on appeal in support of the plaintiffs-appellees. The motion alleges the plaintiffs do not oppose the motion and the defendants take no position.

Accordingly, the motion to intervene is **GRANTED**, and ACSI and the individual parties will be allowed to participate in the appeal for purposes of filing an intervenor brief. The caption will be updated to reflect this change. Pursuant to and consistent with the mechanics of Sixth Circuit Rule 34(e), any determinations regarding oral argument, including time allotted, if any, to

22-5807
- 2 -

the intervenor are reserved to the ultimate merits panel.  The intervenors are reminded of their

independent obligation to request oral argument, if desired, if and when appropriate.  *Id.*

                ENTERED PURSUANT TO RULE 45(a)
                RULES OF THE SIXTH CIRCUIT

                */s/ Deborah S. Hunt*
                Deborah S. Hunt, Clerk