# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, *et al.* <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants.* | Case No. 3:21-CV-00308 |

## MOTION TO WITHDRAW AS COUNSEL

D. John Sauer, hereby moves to withdraw as counsel of record for Plaintiff State of Missouri. Good cause exists as the undersigned has taken a different position outside of the Office of the Missouri Attorney General. Charles F. Capps continues to represent the State of Missouri and said Plaintiff and will not be prejudiced.

                                          Respectfully submitted,

                                          */s/ D. John Sauer*
                                          D. John Sauer, MO 58721
                                          James Otis Litigation
                                          13321 North Outer Forty Road
                                          Suite 300
                                          St. Louis, Missouri 63017
                                          (314) 562-0031
                                          john.sauer@james-otis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February 2023, I electronically filed the foregoing using the CM/ECF electronic filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ D. John Sauer