Anthony R. Napolitano, (#034586)
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 848-5449
Facsimile: (602) 888-7856
anapolitano@bfsolaw.com
*Attorney for Plaintiff State of Arizona*

# IN THE UNITED STATES DISTRICT COURT

# IN THE EASTERN DISTRICT OF TENNESEE

| | |
|---|---|
| State of Tennessee, et al., <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Education, et al., <br><br> Defendants. | No: 3:21-cv-00308-CEA-DCP <br><br> **PLAINTIFF STATE OF ARIZONA'S UNOPPOSED MOTION TO DROP STATE OF ARIZONA AS A PARTY** |

Pursuant to Fed. R. Civ. P. 21 ("Rule 21"), the State of Arizona hereby moves this Court to drop it as a party from this action. The State of Arizona no longer wishes to continue litigating the above-captioned matter or any appeal arising from it. This Court has previously expressed that Rule 21 is the appropriate vehicle for such a motion, and that Rule 21 is "governed under a liberal standard." *Cosby v. KPMG, LLP*, No. 3:16-CV-121-TAV-DCP, 2020 WL 3529659, at *3 (E.D. Tenn. June 29, 2020) (citing *Thorn v. Bob Evans Farms, LLC*, No. 2:12-CV-768, 2013 WL 2456336, at *2 (S.D. Ohio June 6, 2013). Defendants and Co-Plaintiffs do not oppose this motion, and so it is made on just terms.

RESPECTFULLY SUBMITTED this 10th day of March, 2023.

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

By: */s/ Anthony R. Napolitano*
Anthony R. Napolitano
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
(602) 848-5449
anapolitano@bfsolaw.com
*Attorney for Plaintiff State of Arizona*

## CERTIFICATE OF SERVICE

On this 10th day of March, 2023, the foregoing was filed with the Eastern District of Tennessee's Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ Shelly Curry*

- 2 -
Case 3:21-cv-00308-CEA-DCP   Document 127   Filed 03/10/23   Page 2 of 2   PageID #: 2580