Anthony R. Napolitano, (#034586)
**Bergin, Frakes, Smalley & Oberholtzer, PLLC**
4343 E. Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: (602) 888-7858
Facsimile: (602) 888-7856
anapolitano@bfsolaw.com
*Attorney for Plaintiff State of Arizona*

# IN THE UNITED STATES DISTRICT COURT

# IN THE EASTERN DISTRICT OF TENNESEE

| | |
|---|---|
| State of Tennessee, et al.,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Education, et al.,<br><br>Defendants. | No: 3:21-cv-00308-CEA-DCP<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF STATE OF ARIZONA'S MOTION TO DROP** |

Plaintiff State of Arizona hereby withdraws its Motion to Drop, filed on March 10, 2023 (Doc. 127), without prejudice to refiling a similar document in the near future.

RESPECTFULLY SUBMITTED this 13th day of March, 2023.

    **BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

    By: */s/ Anthony R. Napolitano*
    Anthony R. Napolitano
    4343 E. Camelback Road, Suite 210
    Phoenix, Arizona 85018
    (602) 888-7858
    anapolitano@bfsolaw.com
    *Attorney for Plaintiff State of Arizona*

## CERTIFICATE OF SERVICE

On this 13th day of March, 2023, the foregoing was filed with the Eastern District of Tennessee's Court Clerk's Office using the CM/ECF System for filing, which will provide a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ *Anthony R. Napolitano*