

APR - 3 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

| | |
|---|---|
| THE STATE OF TENNESSEE, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> EDUCATION, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:21-cv-00308 |

## MOTION FOR ADMISSION PRO HAC VICE

Applicant Eric J. Hamilton, counsel for the State of Nebraska, respectfully moves the Court to grant his admission *pro hac vice* to the United States District Court for the Eastern District of Tennessee for this case.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1).

1. Applicant has attached a certificate of good standing that has been issued no more than thirty (30) days before the date of this motion from the highest court of the State of Nebraska, the state in which Applicant is a resident.

2. Applicant is a member in good standing of the United States District Court for the District of Nebraska and has attached a certificate of good standing that has been issued from that court no more than thirty (30) days before the date of this motion.

4. The required pro hac vice motion fee of $90.00 is included in this filing.

5. I, Eric J. Hamilton, declare under penalty of perjury that the foregoing statements are true and correct.

1

For the foregoing reasons, Applicant Eric J. Hamilton respectfully requests that this court enter an order permitting his admission to the United States District Court for the Eastern District of Tennessee for this case only.

Dated: March 13, 2023.

Respectfully submitted,

/s/ Eric J. Hamilton
Eric J. Hamilton
Solicitor General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
eric.hamilton@nebraska.gov

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

## CERTIFICATE OF GOOD STANDING

I, __Denise M. Lucks__, Clerk of this Court,

certify that __Eric J. Hamilton__, Bar # __N/A__,

was duly admitted to practice in this Court on __02/08/2023__, and is in good standing as a member

of the Bar of this Court.

Dated at __Lincoln, NE__ on __03/10/2023__
  *(Location)*  *(Date)*

Denise M. Lucks
*CLERK*

*[signature] Nicki Wenzl*
*DEPUTY CLERK*

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on December 7th, 2015, Eric James Hamilton was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on March 14, 2023.

_Wendy A. Wussow_
Wendy A. Wussow, Clerk



# U.S. District Court

## Tennessee Eastern - Knoxville

Receipt Date: Apr 3, 2023 3:04PM

State of Nebraska

Rcpt. No: 300001514        Trans. Date: Apr 3, 2023 3:04PM        Cashier ID: #AB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNE323BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 90.00 | 90.00 |
| 111 | Pro Hac Vice | DTNE323BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 90.00 | 90.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #25630172 | 03/23/2023 | | $180.00 |
| | | | | Total Due Prior to Payment: | $180.00 |
| | | | | Total Tendered: | $180.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: Eric J. Hamilton phv motions in 3:21-cv-308 and 3:22-cv-257

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.