# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| THE STATE OF TENNESSEE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:21-cv-308 |
| | ) Judge Atchley |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | ) Magistrate Judge Poplin |
| *Defendants*. | ) |

## ORDER

On July 15, 2022, the Court denied Defendants' Motion to Dismiss [Doc. 49] and granted Plaintiffs' Motion for Preliminary Injunction [Doc. 10]. [Doc. 86]. The Court enjoined Defendants from implementing against the Plaintiff States the agency documents challenged in this action. [Doc. 86]. On September 13, 2022, Defendants filed a Notice of Appeal [Doc. 100] as to the Court's Memorandum Opinion and Order [Doc. 86]. They then moved the Court to stay further proceedings in this case pending the appeal, a request that was not opposed by Plaintiffs or Intervenor-Plaintiffs. [Doc. 110]. Finding a stay appropriate, the Court granted Defendants' motion and stayed the case pending appeal. [Doc. 111].

On June 14, 2024, the United States Court of Appeals for the Sixth Circuit affirmed the Court's decision. [Doc. 143]. In the two years since the Court issued the preliminary injunction, the Federal Register also published a final rule amending the Department of Education's Title IX regulations. [*See* Doc. 143 at 8 n.1]. Under these circumstances, the Court finds it appropriate to receive a joint status report from the parties.

Accordingly, the parties are **ORDERED** to confer and submit a joint status report on or

before **July 31, 2024**. The status report **SHALL** explain their respective positions as to the issues that remain for decision, the parties' efforts at resolving this matter, and a proposed schedule for the remainder of these proceedings.

Finally, for avoidance of doubt, the stay entered November 3, 2022, [Doc. 111], is **LIFTED**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.
UNITED STATES DISTRICT JUDGE**

2
Case 3:21-cv-00308-CEA-DCP   Document 152   Filed 07/10/24   Page 2 of 2   PageID #: 2697