UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| THE STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| —and— | ) | |
| | ) | |
| | ) | Case No. 3:21-cv-308 |
| ASSOCIATION OF CHRISTIAN | ) | |
| SCHOOLS INTERNATIONAL, ET AL., | ) | District Judge Charles E. Atchley, Jr. |
| | ) | |
| *Intervenor-Plaintiffs* | ) | Magistrate Judge Debra C. Poplin |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

## **JOINT STATUS REPORT**

The parties, by their respective counsel and pursuant to the Court's Order [Doc. 128], respectfully submit this joint status report.

Plaintiff States brought this action challenging the validity of guidance documents issued in 2021 by the Equal Employment Opportunity Commission ("EEOC"), the Department of Education ("Department"), and the Department of Justice seeking declaratory and injunctive relief and vacatur under the Administrative Procedure Act. On July 15, 2022, this Court granted Plaintiff States' motion to preliminarily enjoin the Defendants from implementing the guidance documents against them, and it denied Defendants' Motion to Dismiss. Doc. 86. On June 14, 2024, the Sixth Circuit affirmed this Court's decision with respect to the Department's guidance documents.

On October 1, 2022—during the pendency of the preliminary injunction appeal—another district court declared unlawful, vacated, and set aside EEOC's Technical Assistance Document.

1

*Texas v. EEOC*, 633 F. Supp. 3d 824, 847 (N.D. Tex. 2022). EEOC chose not to appeal that decision. Because the Technical Assistance Document no longer has any legal effect, Plaintiff States' claims regarding the EEOC's Technical Assistance Document are moot.

Plaintiff States' and Intervenor-Plaintiffs' claims regarding the Department's Interpretation, Dear Educator Letter, and Fact Sheet remain active. However, on June 11, 2024, another district court issued a final judgment that declared unlawful, vacated, and set aside the same Title IX guidance documents at issue here. *Texas v. Cardona*, No. 4:23-cv-604-O, --F. Supp. 3d--, 2024 WL 2947022 (N.D. Tex. 2024). A motion filed by the State of Texas to amend or correct that court's final judgment remains pending. *Id.* at Doc. 39. Thus, the 60-day deadline for the federal defendants to seek appellate review in the *Texas* case has not yet started to run. Counsel for Defendants has advised that the Department has not yet decided whether it will appeal the Northern District of Texas's vacatur of its Title IX guidance documents. If the Department chooses not to appeal, Plaintiffs and Intervenor-Plaintiffs' claims challenging the Title IX guidance documents would become moot. Otherwise, this matter should proceed to briefing of dispositive motions.

Having met and conferred, and in the interest of judicial economy, the parties would propose the filing of a subsequent joint status report (a) within 90 days from the date of this filing, or (b) within seven days after (1) the Department files a notice of appeal in the related Texas case or (2) the deadline for filing a notice of appeal in that case has run—whichever occurs earlier—setting out which claims remain pending and a proposed schedule for the briefing of dispositive motions, if necessary.

Dated: July 30, 2024

Respectfully submitted,

JONATHAN SKRMETTI
 Attorney General & Reporter

/s/ Steven J. Griffin
BRANDON J. SMITH
 *Chief of Staff*
STEVEN J. GRIFFIN
 *Senior Counsel for Strategic Litigation*
OFFICE OF THE TENNESSEE ATTORNEY
GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9598
Brandon.Smith@ag.tn.gov
Steven.Griffin@ag.tn.gov
*Counsel for Plaintiff the State of Tennessee*

STEVE MARSHALL
 Attorney General

/s/ A. Barrett Bowdre
A. BARRETT BOWDRE*
 *Deputy Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
(334) 353-8892
Barrett.Bowdre@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*

TREG TAYLOR
 Attorney General

/s/ Cori Mills
CORI MILLS*
 *Deputy Attorney General, Civil Division*
OFFICE OF THE ALASKA ATTORNEY GENERAL
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 465-2132
Cori.Mills@alaska.gov
*Counsel for Plaintiff State of Alaska*

3

Tim Griffin
  Attorney General

/s/ Nicholas J. Bronni
Nicholas J. Bronni*
  Solicitor General
Office of the Arkansas
  Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
Counsel for Plaintiff State of Arkansas


Raúl R. Labrador
  Attorney General

/s/ Alan Hurst
Alan Hurst**
  Solicitor General
Idaho Attorney General's Office
700 W. Jefferson Street
P.O. Box 83720
Ste. C210
Boise, ID 83720-0010
(208) 334-5539
alan.hurst@ag.idaho.gov
Counsel for State of Idaho


Kris W. Kobach
  Attorney General

/s/ Kurtis K. Wiard
Kurtis K. Wiard*
  Assistant Solicitor General
Office of the Kansas Attorney General
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-7109
kurtis.wiard@ag.ks.gov
Counsel for Plaintiff State of Kansas


Christopher Carr
  Attorney General

/s/ Stephen Petrany
Stephen Petrany*
  Solicitor General
Office of the Attorney General of
Georgia
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
Counsel for Plaintiff State of Georgia


Theodore E. Rokita
  Attorney General

/s/ James A. Barta
James A. Barta*
  Solicitor General
Office of the Attorney General of
Indiana
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
Counsel for Plaintiff State of Indiana


Russell Coleman
  Attorney General

/s/ Marc E. Manley
Marc E. Manley*
  Special Assistant Attorney General
Kentucky Office of the Attorney
General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
marc.manley@ky.gov
Counsel for Plaintiff Commonwealth of Kentucky

4

ELIZABETH B. MURRILL
   Attorney General

/s/ *Autumn Hamit Patterson*
J. BENJAMIN AGUIÑAGA**
   *Solicitor General*
AUTUMN HAMIT PATTERSON**
   *Special Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 N. Third Street
Ste. 7th Floor
Baton Rouge, LA 70802
(225) 326-6739
aguinagab@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

LYNN FITCH
   Attorney General

/s/ *Justin L. Matheny*
JUSTIN L. MATHENY*
   *Deputy Solicitor General*
OFFICE OF THE MISSISSIPPI ATTORNEY
GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
Justin.Matheny@ago.ms.gov
*Counsel for Plaintiff State of Mississippi*

ANDREW BAILEY
   Attorney General

/s/ *Maria Lanahan*
MARIA LANAHAN*
   *Deputy Solicitor General*
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
josh.divine@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

AUSTIN KNUDSEN
   Attorney General

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN*
   *Solicitor General*
OFFICE OF THE MONTANA ATTORNEY
GENERAL
215 North Sanders
Helena, MT 59601
(406) 444-2707
christian.corrigan@mt.gov
*Counsel for Plaintiff State of Montana*

MICHAEL T. HILGERS
   Attorney General

/s/ *Eric J. Hamilton*
ERIC J. HAMILTON*
   *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF
NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

DAVE YOST
   Attorney General

/s/ *T. Elliot Gaiser*
T. ELLIOT GAISER*
   *Solicitor General*
OFFICE OF THE OHIO ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
*Counsel for the State of Ohio*

Case 3:21-cv-00308-CEA-DCP   Document 158   Filed 07/30/24   Page 5 of 8   PageID #: 2714

GENTNER DRUMMOND
   Attorney General

*/s/ Zach P. West*
ZACH P. WEST*
   *Assistant Solicitor General*
OFFICE OF THE OKLAHOMA ATTORNEY
GENERAL
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*


MARTY J. JACKLEY
   Attorney General

/s/ *Grant M. Flynn*
GRANT M. FLYNN**
   *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD 57501
(605) 773-3215
Grant.Flynn@state.sd.us
*Counsel for Plaintiff State of South Dakota*

ALAN WILSON
   Attorney General

*/s/ James E. Smith, Jr.*
J. EMORY SMITH, JR.*
   *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-4127
esmith@scag.gov
*Counsel for Plaintiff State of South Carolina*


PATRICK MORRISEY
   Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
   *Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

6

/s/ Jonathan Scruggs
JONATHAN SCRUGGS*
HENRY W. FRAMPTON*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFLegal.org
hframpton@ADFLegal.org
*Counsel for Intervenor-Plaintiffs A.F., a minor, by
Sara Ford, her mother, C.F., a minor, by Sara Ford,
her mother, A.S., a minor, by Brandi Scarbrough, her
mother, and Association of Christian Schools
International*


/s/ Jacob S. Siler
JACOB S. SILER
ALLYSON R. SCHER
  *Trial Attorneys*
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L. Street, NW
Washington, D.C. 20005
(202) 353-4556
Jacob.S.Siler@usdoj.gov
Allyson.R.Scher@usdoj.gov
*Counsel for Defendants U.S. Department of
Education, Miguel Cardona, Equal Employment
Opportunity Commission, Charlotte Burrows, Merrick
Garland, Kristen Clarke*


**\* Admitted Pro Hac Vice**
**\*\* Pro Hac Vice Application Pending**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2024, the foregoing document was filed using the Court's electronic court-filing system, which sent notice of filing to all counsel of record.

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN