**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 06, 2024

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 22-5807, *State of Tennessee, et al v. Department of Education, et al*
Originating Case No. 3:21-cv-00308

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Ryan E. Orme, Case Manager

cc: Mr. James A. Barta
 Mr. Timothy Belz
 Mr. Brian Jeffrey Bilford
 Mr. Joshua A. Block
 Ms. Lauren Adams Bone
 Mr. Matthew Scott Bowman
 Mr. John J. Bursch
 Mr. Talmadge Butts
 Ms. Sarah Nicole Christensen
 Ms. Deborah Jane Dewart
 Mr. Steven James Griffin
 Mr. Clark Lassiter Hildabrand
 Mr. Peter N. Kirsanow
 Mr. Gary Lawkowski
 Ms. Keira McNett
 Mr. Christopher Ernest Mills
 Mr. Kerry Lee Morgan
 Mr. Anthony R. Napolitano
 Ms. Celia Howard O'Leary

Mr. William Jeffrey Olson
Mr. David Peters
Mr. Charles W Scarborough
Mr. Jonathan Andrew Scruggs
Mr. Jack Starcher
Mr. William E. Trachman
Mr. Ryan Daniel Walters
Mr. Michael Ray Williams

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-5807

_____

Filed: August 06, 2024

STATE OF TENNESSEE; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF WEST VIRGINIA

       Plaintiffs - Appellees

ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; A.F., a minor, by Sara Ford, her mother

       Intervenors - Appellees

v.

DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as Secretary of Education; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE A. BURROWS, in her official capacity as Chair of the Equal Employment Opportunity Commission; U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, U.S. Attorney General, in his official capacity as Attorney General of the United States; KRISTEN CLARKE, in her official capacity as Assistant Attorney General for Civil Rights at the United States Department of Justice

       Defendants - Appellants

## MANDATE

   Pursuant to the court's disposition that was filed 06/14/2024 the mandate for this case hereby issues today.

 COSTS:  None