# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| THE STATE OF TENNESSEE *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:21-cv-308 |
| | Judge Charles E. Atchley, Jr. |
| UNITED STATES DEPARTMENT OF EDUCATION *et al.*, | Magistrate Judge Debra C. Poplin |
| Defendants. | |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report pursuant to the Court's August 14, 2024 Order. Doc. No. 163. This case initially involved a challenge by the Plaintiff States to a Notice of Interpretation, Dear Educator Letter, and Fact Sheet issued by the Department of Education and a Technical Assistance Document issued by the Equal Employment Opportunity Commission ("EEOC").[1] *See generally* Doc. No. 1. This Court issued a preliminary injunction on July 15, 2022, and stayed the case on November 3, 2022, while Defendants appealed that injunction to the United States Court of Appeals for the Sixth Circuit. While the Sixth Circuit appeal was pending, a different court issued a final judgment vacating the EEOC's Technical Assistance Document. *See Texas v. EEOC*, 633 F. Supp. 3d 824 (N.D. Tex. 2022). The EEOC did not appeal that decision and all parties agree Plaintiff States' claims relating to that document are now moot.

After the Sixth Circuit affirmed the injunction and remanded the case, this Court ordered the parties to notify the Court within 7 days if a notice of appeal was filed from the Northern District of

---

[1] The Fact Sheet was jointly issued with the Civil Rights Division of the Department of Justice. *See* Doc. No. 1 ¶ 64.

Texas's final judgment in *Texas v. Cardona*, No. 4:23-cv-604, 2024 WL 3658767 (N.D. Texas Aug. 5, 2024), which vacated the Title IX guidance documents that remain at issue in this case. The Department of Education filed a notice of appeal in that case on October 3, 2024. Doc. No. 47, *Texas v. Cardona*, 4:23-cv-604 (N.D. Tex. Oct. 3, 2024). The parties understand the Court does not intend to consider dispositive motions during the pendency of the appeal in that case. *See* Doc. No. 163 at 2–4.

The parties also jointly request that the Court reopen this case for the limited purpose of dismissing the EEOC pursuant to Rule 21 of the Federal Rules of Civil Procedure. Rule 21 provides that "the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. As this Court previously recognized, Plaintiffs' claims against the EEOC are moot because the Technical Assistance Document that had been at issue in this case was vacated by a final judgment of another district court that was not appealed. Doc. No. 163 at 1. Therefore, the Technical Assistance Document has no legal effect, and the EEOC should be dismissed from the case.

Dated: October 10, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ Jacob S. Siler*
ALLYSON SCHER (DC Bar No. 1616379)
JACOB S. SILER (DC Bar No. 1003383)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 514-9836
Facsimile: (202) 616-8460
E-mail: allyson.r.scher@usdoj.gov

*Counsel for Defendants*

JONATHAN SKRMETTI
  Attorney General & Reporter

/s/ *Steven J. Griffin*
BRANDON J. SMITH
  *Chief of Staff*
STEVEN J. GRIFFIN
  *Senior Counsel for Strategic Litigation*
OFFICE OF THE TENNESSEE ATTORNEY
GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9598
Brandon.Smith@ag.tn.gov
Steven.Griffin@ag.tn.gov
*Counsel for Plaintiff the State of Tennessee*

STEVE MARSHALL
  Attorney General

/s/ *A. Barrett Bowdre*
A. BARRETT BOWDRE*
  *Deputy Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
(334) 353-8892
Barrett.Bowdre@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*

TREG TAYLOR
  Attorney General

/s/ *Cori Mills*
CORI MILLS*
  *Deputy Attorney General, Civil Division*
OFFICE OF THE ALASKA ATTORNEY GENERAL
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 465-2132
Cori.Mills@alaska.gov
*Counsel for Plaintiff State of Alaska*

3

TIM GRIFFIN
  Attorney General

/s/ Nicholas J. Bronni
NICHOLAS J. BRONNI*
  Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

RAÚL R. LABRADOR
  Attorney General

/s/ Alan Hurst
ALAN HURST*
  Solicitor General
IDAHO ATTORNEY GENERAL'S OFFICE
700 W. Jefferson Street
P.O. Box 83720
Ste. C210
Boise, ID 83720-0010
(208) 334-5539
alan.hurst@ag.idaho.gov
*Counsel for State of Idaho*

KRIS W. KOBACH
  Attorney General

/s/ Kurtis K. Wiard
KURTIS K. WIARD*
  Assistant Solicitor General
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-7109
kurtis.wiard@ag.ks.gov
*Counsel for Plaintiff State of Kansas*

CHRISTOPHER CARR
  Attorney General

/s/ Stephen Petrany
STEPHEN PETRANY*
  Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for Plaintiff State of Georgia*

THEODORE E. ROKITA
  Attorney General

/s/ James A. Barta
JAMES A. BARTA*
  Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
INDIANA
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Plaintiff State of Indiana*

RUSSELL COLEMAN
  Attorney General

/s/ Marc E. Manley
MARC E. MANLEY*
  Special Assistant Attorney General
KENTUCKY OFFICE OF THE ATTORNEY
GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
marc.manley@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

4

| | |
|---|---|
| ELIZABETH B. MURRILL<br>  Attorney General<br>/s/ *Autumn Hamit Patterson*<br>J. BENJAMIN AGUIÑAGA*<br>  *Solicitor General*<br>AUTUMN HAMIT PATTERSON*<br>  *Special Assistant Solicitor General*<br>OFFICE OF THE LOUISIANA ATTORNEY<br>GENERAL<br>1885 N. Third Street<br>Ste. 7th Floor<br>Baton Rouge, LA 70802<br>(225) 326-6739<br>aguinagab@ag.louisiana.gov<br>*Counsel for Plaintiff State of Louisiana* | LYNN FITCH<br>  Attorney General<br>/s/ *Justin L. Matheny*<br>JUSTIN L. MATHENY*<br>  *Deputy Solicitor General*<br>OFFICE OF THE MISSISSIPPI ATTORNEY<br>GENERAL<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>(601) 359-3825<br>Justin.Matheny@ago.ms.gov<br>*Counsel for Plaintiff State of Mississippi* |
| ANDREW BAILEY<br>  Attorney General<br><br>/s/ *Maria Lanahan*<br>MARIA LANAHAN*<br>  *Deputy Solicitor General*<br>MISSOURI ATTORNEY GENERAL'S OFFICE<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>josh.divine@ago.mo.gov<br>*Counsel for Plaintiff State of Missouri* | AUSTIN KNUDSEN<br>  Attorney General<br>/s/ *Christian B. Corrigan*<br>CHRISTIAN B. CORRIGAN*<br>  *Solicitor General*<br>OFFICE OF THE MONTANA ATTORNEY<br>GENERAL<br>215 North Sanders<br>Helena, MT 59601<br>(406) 444-2707<br>christian.corrigan@mt.gov<br>*Counsel for Plaintiff State of Montana* |
| MICHAEL T. HILGERS<br>  Attorney General<br><br>/s/ *Eric J. Hamilton*<br>ERIC J. HAMILTON*<br>  *Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL OF<br>NEBRASKA<br>2115 State Capitol<br>Lincoln, Nebraska 68509<br>(402) 471-2682<br>lincoln.korell@nebraska.gov<br>*Counsel for Plaintiff State of Nebraska* | DAVE YOST<br>  Attorney General<br><br>/s/ *T. Elliot Gaiser*<br>T. ELLIOT GAISER*<br>  *Solicitor General*<br>OFFICE OF THE OHIO ATTORNEY GENERAL<br>30 East Broad Street, 17th Floor<br>Columbus, Ohio 43215<br>(614) 466-8980<br>thomas.gaiser@ohioago.gov<br>*Counsel for the State of Ohio* |

| | |
|---|---|
| GENTNER DRUMMOND<br>  Attorney General | ALAN WILSON<br>  Attorney General |
| /s/ *Zach P. West*<br>ZACH P. WEST*<br>  *Assistant Solicitor General*<br>OFFICE OF THE OKLAHOMA ATTORNEY GENERAL<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>zach.west@oag.ok.gov<br>*Counsel for Plaintiff State of Oklahoma* | /s/ *James E. Smith, Jr.*<br>J. EMORY SMITH, JR.*<br>  *Deputy Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA<br>1000 Assembly Street<br>Columbia, SC 29201<br>(803) 734-4127<br>esmith@scag.gov<br>*Counsel for Plaintiff State of South Carolina* |
| MARTY J. JACKLEY<br>  Attorney General | PATRICK MORRISEY<br>  Attorney General |
| /s/ *Grant M. Flynn*<br>GRANT M. FLYNN**<br>  *Assistant Attorney General*<br>OFFICE OF THE ATTORNEY GENERAL STATE OF SOUTH DAKOTA<br>1302 E. Hwy. 14, Suite #1<br>Pierre, SD 57501<br>(605) 773-3215<br>Grant.Flynn@state.sd.us<br>*Counsel for Plaintiff State of South Dakota* | /s/ *Michael R. Williams*<br>MICHAEL R. WILLIAMS*<br>  *Principal Deputy Solicitor General*<br>OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305<br>(304) 558-2021<br>Michael.R.Williams@wvago.gov<br>*Counsel for Plaintiff State of West Virginia* |
| /s/ *Jonathan Scruggs*<br>JONATHAN SCRUGGS*<br>HENRY W. FRAMPTON*<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>jscruggs@ADFLegal.org<br>hframpton@ADFLegal.org<br>*Counsel for Intervenor-Plaintiffs A.F., a minor, by Sara Ford, her mother, C.F., a minor, by Sara Ford, her mother, A.S., a minor, by Brandi Scarbrough, her mother, and Association of Christian Schools International* | **\*Admitted Pro Hac Vice**<br>**\*\*Pro Hac Vice Application Pending** |