UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THE STATE OF TENNESSEE, *et al.*,   )<br>  )<br>  *Plaintiffs*,  )<br>  )<br>v.  )<br>  )<br>  )<br>UNITED STATES DEPARTMENT OF  )<br>EDUCATION, *et al.*,  )<br>  )<br>  *Defendants*.  ) | Case No. 3:21-cv-308<br><br>Judge Atchley<br><br>Magistrate Judge Poplin |

## **ORDER**

On August 14, 2024, the Court administratively closed this action and ordered the parties to notify the Court within 7 days if a notice of appeal was filed from the Northern District of Texas's final judgment in *Texas v. Cardona*, No. 4:23-cv-604, 2024 WL 3658767. [Doc. 163]. The Joint Status Report [Doc. 168] indicates a notice of appeal was filed on October 3, 2024. The parties also jointly request the Court reopen this case for the limited purpose of dismissing the EEOC pursuant to Federal Rule of Civil Procedure 21 because Plaintiffs' claims against the EEOC are moot.

For good cause shown and based on the agreement of the parties, all claims against the Equal Employment Opportunity Commission are **DISMISSED**.

This case remains **ADMINISTRATIVELY CLOSED** until further order of the Court. The parties are **ORDERED** to notify the Court within **14 days** of the resolution of the appeal in the Texas litigation. All other provisions of the Court's Order [Doc. 163] remain in effect. The parties are **REMINDED** that the Court will not take further action in this matter absent a motion to reopen.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**