# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

THE STATE OF TENNESSEE, *et al.*, )
)
     *Plaintiffs*, )
)    Case No. 3:21-cv-308
v. )
)    Judge Atchley
)
UNITED STATES DEPARTMENT OF )   Magistrate Judge Poplin
EDUCATION, *et al.*, )
)
     *Defendants*. )

## <u>ORDER</u>

Before the Court is the Motion to Reopen [Doc. 172] filed by the State of Arizona, asking the Court to reopen the case for the sole purpose of dropping Arizona as a party. The Court previously denied the Motion to Drop State of Arizona as a Party [Doc. 129], and its renewed motion [Doc. 153], as a mandate had not yet issued. The Order [Doc. 154] advised that the Court would promptly address a renewed motion by the State of Arizona pursuant to Rule 21 upon conclusion of the appeal.

The mandate has now issued, and the State of Arizona represents that the remaining Plaintiff States do not oppose its renewed request to be dropped as a party, as there is no longer a pending appeal of the preliminary injunction order. For good cause shown and based on the lack of opposition, the Motion [Doc. 172] is **GRANTED** and the State of Arizona is dropped as a plaintiff pursuant to Federal Rule of Civil Procedure 21.

This action remains **CLOSED** pursuant to the Court's Order [Doc. 169].

     **SO ORDERED.**

                    */s/ Charles E. Atchley, Jr.*
                    **CHARLES E. ATCHLEY JR.**
                    **UNITED STATES DISTRICT JUDGE**