UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

STATE OF TENNESSEE, et al.

    Plaintiff,

v.                                         Case No. 3:21-cv-00308

U.S. Department of Education, et al.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **State of South Dakota**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**South Dakota**

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02/25/2025

*/s/ Jonathan K Van Patten*

(Signature–hand signed)

Name: **Jonathan Van Patten, Assistant Attorney General**
Firm: **South Dakota Attorney General's Office**
Address:

    1302 East Highway 14, Suite 1, Pierre, SD 57501-8501

Email address: **jonathan.vanpatten@state.sd.us**

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.