**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| THE STATE OF TENNESSEE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION *et al.*,<br><br>Defendants. | Case No. 3:21-cv-308<br>Judge Charles E. Atchley, Jr.<br>Magistrate Judge Debra C. Poplin |

**JOINT STATUS REPORT**

Pursuant to the Court's October 15, 2024 Order, Doc. No. 169, the parties respectfully submit this joint status report to notify the Court of the resolution of the appeal of the final judgment in *Texas v. McMahon*, No. 4:23-cv-604 (N.D. Tex.) ("Texas Litigation").[1] The case before this Court initially involved a challenge by the Plaintiff States to a Notice of Interpretation, Dear Educator Letter, and Fact Sheet issued by the Department of Education.[2] *See generally* Doc. No. 1. This Court issued a preliminary injunction on July 15, 2022, and stayed the case on November 3, 2022, while Defendants appealed that injunction to the United States Court of Appeals for the Sixth Circuit. After the Sixth Circuit affirmed the injunction and remanded the case, this Court ordered the parties to notify the Court within 14 days of the resolution of the appeal in the Texas Litigation, which had vacated the

[1] The Northern District of Texas case was previously styled *Texas v. Cardona*. The official capacity defendants that no longer hold office were automatically substituted for their successors pursuant to Federal Rule of Civil Procedure 25(d).

[2] The Fact Sheet was jointly issued with the Civil Rights Division of the Department of Justice. *See* Doc. No. 1 ¶ 64. This case also originally challenged a Technical Assistance Document issued by the Equal Employment Opportunity Commission. The Court dismissed the Plaintiff States' claims as to that document as moot after a different court vacated that Technical Assistance Document. Doc. No. 169.

same Title IX guidance documents the Plaintiff States challenged in this case. *See* Doc. No. 169. As this Court has previously recognized, if the Department of Education did not obtain appellate relief from the vacatur of the underlying Title IX guidance documents in the Texas Litigation, the States' claims in this case seeking identical relief would become moot. *See* Doc. No. 163 at 2–4.

On April 23, 2025, the Fifth Circuit dismissed the federal government's appeal in the Texas Litigation pursuant to a joint motion of the parties in that action. *See* Doc. No. 55-2, *Texas v. McMahon*, No. 24-10910 (6th Cir. Apr. 23, 2025). That dismissal means that the Northern District of Texas's final judgment vacating the documents challenged here is not subject to further appellate review. The parties thus agree that the remaining claims in this case are moot, and respectfully request that the Court dismiss this action.

Dated: May 7, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH TULIS
Assistant Branch Director

*/s/ Jacob S. Siler*
JACOB S. SILER (DC Bar No. 1003383)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
Telephone: (202) 353-4556
Facsimile: (202) 616-8460
E-mail: jacob.s.siler@usdoj.gov

*Counsel for Defendants*

JONATHAN SKRMETTI
Attorney General & Reporter

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN
*Senior Counsel for Strategic Litigation*
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-9598
Steven.Griffin@ag.tn.gov
*Counsel for Plaintiff State of Tennessee*

STEVE MARSHALL
Attorney General

/s/ *A. Barrett Bowdre*
A. BARRETT BOWDRE*
*Deputy Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130
(334) 353-8892
Barrett.Bowdre@AlabamaAG.gov
*Counsel for Plaintiff State of Alabama*

TREG TAYLOR
Attorney General

/s/ *Cori Mills*
CORI MILLS*
*Deputy Attorney General, Civil Division*
OFFICE OF THE ALASKA ATTORNEY GENERAL
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 465-2132
Cori.Mills@alaska.gov
*Counsel for Plaintiff State of Alaska*

TIM GRIFFIN
Attorney General

/s/ *Asher Steinberg*
ASHER STEINBERG**
*Senior Assistant Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER CARR
Attorney General

/s/ *Stephen Petrany*
STEPHEN PETRANY*
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov
*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR
Attorney General

/s/ *Alan Hurst*
ALAN HURST*
*Solicitor General*
IDAHO ATTORNEY GENERAL'S OFFICE
700 W. Jefferson Street
P.O. Box 83720
Ste. C210
Boise, ID 83720-0010
(208) 334-5539
alan.hurst@ag.idaho.gov
*Counsel for State of Idaho*

THEODORE E. ROKITA
Attorney General

/s/ *James A. Barta*
JAMES A. BARTA*
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF INDIANA
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Plaintiff State of Indiana*

KRIS W. KOBACH
Attorney General

/s/ *James Rodriguez*
JAMES RODRIGUEZ*
*Deputy Attorney General*
OFFICE OF THE KANSAS ATTORNEY GENERAL
120 SW 10th Ave.
Topeka, KS 66612
(785) 296-7109
jay.rodriguez@ag.ks.gov
*Counsel for Plaintiff State of Kansas*

RUSSELL COLEMAN
Attorney General

/s/ *Lindsey Keiser*
LINDSEY KEISER**
*Assistant Attorney General*
KENTUCKY OFFICE OF THE ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5517
lindsey.keiser@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

ELIZABETH B. MURRILL
Attorney General
/s/ *J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA*
*Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 N. Third Street
Ste. 7th Floor
Baton Rouge, LA 70802
(225) 326-6739
aguinagab@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

LYNN FITCH
Attorney General
/s/ *Justin L. Matheny*
JUSTIN L. MATHENY*
*Deputy Solicitor General*
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
Justin.Matheny@ago.ms.gov
*Counsel for Plaintiff State of Mississippi*



Case 3:21-cv-00308-CEA-DCP Document 182 Filed 05/07/25 Page 4 of 6 PageID #: 2768

ANDREW BAILEY
Attorney General

/s/ *Maria Lanahan*
MARIA LANAHAN*
*Deputy Solicitor General*
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
maria.lanahan@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

AUSTIN KNUDSEN
Attorney General

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN*
*Solicitor General*
OFFICE OF THE MONTANA ATTORNEY GENERAL
215 North Sanders
Helena, MT 59601
(406) 444-2707
christian.corrigan@mt.gov
*Counsel for Plaintiff State of Montana*

MICHAEL T. HILGERS
Attorney General

/s/ *Lincoln Korrell*
LINCOLN KORRELL**
*Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
1445 K Street, Rm. 2115
Lincoln, Nebraska 68508
(402) 471-2682
lincoln.korell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

DAVE YOST
Attorney General

/s/*T. Elliot Gaiser*
T. ELLIOT GAISER*
*Solicitor General*
OFFICE OF THE OHIO ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
thomas.gaiser@ohioago.gov
*Counsel for the State of Ohio*

GENTNER DRUMMOND
Attorney General

/s/ *Zach P. West*
ZACH P. WEST*
*Assistant Solicitor General*
OFFICE OF THE OKLAHOMA ATTORNEY GENERAL
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
zach.west@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
Attorney General

/s/ *James E. Smith, Jr.*
J. EMORY SMITH, JR.*
*Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-4127
esmith@scag.gov
*Counsel for Plaintiff State of South Carolina*

MARTY J. JACKLEY
Attorney General

/s/ *Grant M. Flynn*
GRANT M. FLYNN*
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD 57501
(605) 773-3215
Grant.Flynn@state.sd.us
*Counsel for Plaintiff State of South Dakota*

PATRICK MORRISEY
Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
*Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

/s/ *Jonathan Scruggs*
JONATHAN SCRUGGS*
HENRY W. FRAMPTON*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFLegal.org
hframpton@ADFLegal.org
*Counsel for Intervenor-Plaintiffs A.F., a minor, by Sara Ford, her mother, C.F., a minor, by Sara Ford, her mother, A.S., a minor, by Brandi Scarbrough, her mother, and Association of Christian Schools International*

***Admitted Pro Hac Vice**
****Pro Hac Vice Application Pending or Forthcoming**